**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FAIZAH P. SIDDIQUE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-07198 |
| | ) | |
| v. | ) | Honorable Edmond E. Chang |
| | ) | |
| 2740 HIGHLAND LLC d/b/a APEX 41 LLC | ) | |
| and I.Q. DATA INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**JOINT INITIAL STATUS REPORT**

Plaintiff, Faizah P. Siddique ("Plaintiff") by and through her attorney, Nathan C. Volheim of Sulaiman Law Group, Ltd., and Defendant, 2740 HIGHLAND LLC d/b/a APEX 41 LLC and I.Q DATA INTERNATIONAL, INC., ("IQ") by and through its attorney, Paul Gamboa of Gordon Rees Scully Mansukhani. LLP submit their Joint Initial Status Report.

1.    **The Nature of the Case**

       a.    **Identify the attorneys of record for each party, including the lead trial attorney.**

       For Plaintiff:       Nathan C. Volheim (Lead trail attorney)
                            Sulaiman Law Group, Ltd.

       For IQ:             Paul Gamboa (Lead trail attorney)
                            Gordon Rees Scully Mansukhani. LLP

       For 2740 Highland   This Defendant has not appeared in this case. 2740 Highland, LLC 's Answer was due on January 13, 2023. Since they have failed to file their Answer, Plaintiff will be filing a Motion for Entry of Default against this Defendant.

       b.    **State the basis for federal jurisdiction.**

       Federal jurisdiction is conferred upon this Court by 15 U.S.C. § 1692 as well as 28 U.S.C. §§ 1331 and 1337.

**c.** **Describe the nature of the claims asserted in the complaint and any counterclaims**

Plaintiff alleges that IQ Data and 2470 Highland violated the FDCPA and ICFA through its debt collection activity. Specifically, Plaintiff entered into a month to month lease with prior to 2470 Highland taking over her lease. 2470 sent her account to IQ Data for collections even though she does not owe a balance on the subject debt. During IQ's debt collection campaign, IQ falsely communicated to Plaintiff that she had not given a 30-day notice to vacate the apartment. Plaintiff also requested verification of the subject consumer debt and IQ ultimately refused her with this information. Lastly, IQ reported a debt to the Plaintiff's credit file that she has disputed and proved that she is not liable for.

**d.** **State the major legal and factual issues in the case.**

This action's principal legal issues, as determined by the Parties at this time are as follows:

(1) Where IQ Data is a debt collector as defined by the FDCPA; (2) whether Plaintiff is a consumer under the FDCPA; (3) whether the alleged debt is a consumer debt under the FDCPA; (4) whether Plaintiff is legally obligated to pay the subject debt, whether Plaintiff suffered damages; (5) whether Plaintiff suffered any actual damages; (6) whether Plaintiff's causes of action fail as a matter of law; (7) whether violated either the FDCPA or the ICFA; and (9) the legal basis, if any, of IQ's affirmative defenses (8) whether 2740 Highland is responsible for IQ's conduct; (9) whether Plaintiff is financially obligated to pay the subject debt.

Plaintiff holds that IQ, directed by 2470 Highland, attempted to collect upon a debt that Plaintiff does not owe. Plaintiff also hold that 2470 Highland was aware of the fact that the subject debt was not owed and still attempted to collect upon the debt.

Defendant holds_____

**e.** **Describe the relief sought by the plaintiff (and counter-claimant).**
   o Statutory damages of $1,000.00 as provided under 15 U.S.C. §1692k(a)(2)(A);

o   Actual damages which will be determined at trial as provided under 15 U.S.C. §1692k(a)(1);

o   Punitive damages which will be determined at trial; and

o   Costs and Attorney's Fees as provided under 15 U.S.C. §1692k(a)(3

**2.      Pending Motions and Case Plan**

a.   **Important: state the status of service of process on each defendant.**
IQ was served on December 23, 2022. IQ timely filed its Answer on January 13, 2023. 2470 Highland LLC was also served on December 23, 2023 but has not filed its Answer nor any other responsive pleadings.

b.   **Identify all pending motions.**

No substantive motions are pending. The Parties intend to file a motion requesting entry of an agreed confidentiality order. Plaintiff also intends to file a Motion for Entry of Default against 2740 Highland LLC.

c.   **Submit a proposal for a discovery plan, including the following information:**

i.   **The general type of discovery needed;**

(a) The Parties anticipate serving written discovery, including Interrogatories, Requests for Production and Requests for Admission, as well as well between two to three depositions, including 30(B) (6) deposition.

ii.  **A date for Rule 26(a)(1) disclosures: February 9, 2023**

iii. **A date to issue the first set of written discovery requests: February 9, 2023**

iv.  **A fact discovery completion date:** July 19, 2023

v.   **If there will be expert discovery, an expert discovery completion date, including dates for the delivery of expert reports (or summaries for non-retained expert testimony); and**

The Parties are not able to anticipate whether expert discovery will be necessary until after fact discovery commences.

3

      **vi.**      **A date for the filing of dispositive motions:** August 19, 2023

**d.**      **State whether a jury trial is requested and the probable length of trial.**

The Parties have requested a jury trial and anticipate the trial will take approximately two (2) to four (4) days.

**e.**      **State whether the parties agree to service of pleadings and other papers by electronic means under Federal Rule of Civil Procedure 5(b)(2)(E).**

The Parties agree to service of pleadings and other papers will be governed by Federal Rule of Civil Procedure 5(B)(2)( E). .

**3.**      **Consent to Proceed Before a Magistrate Judge**

**a.**      **State whether the parties consent unanimously to proceed before a Magistrate Judge for all purposes, including entry of final judgment.**

**The Court strongly encourages parties to consent to the jurisdiction of the Magistrate Judge. Of course, the parties are free to withhold consent without any adverse substantive consequences.**

IQ and Plaintiff have unanimously consented to proceed before a Magistrate Judge for all purposes, including entry of final judgment.

**4.**      **Status of Settlement Discussions**

**a.**      **State whether any settlement discussions have occurred;**

The Parties have not discussed settlement.

**b.**      **Describe the status of any settlement discussions; and**

The Parties have not discussed settlement.

**c.**      **Whether the parties request a settlement conference.**

The Parties do not request a settlement conference at this time.

Dated: January 19, 2023                Respectfully Submitted,

*/s/ Nathan C. Volheim*
Nathan C. Volheim, Esq. (#6302103)
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone (630) 575-8181 x113
Fax: (630) 575-8188
nvolheim@sulaimanlaw.com

*/s/ Paul Gamboa*
Paul Gamboa
Gordon & Rees, LLP
One North Franklin, Suite 800
Chicago, Illinois 60606
Phone (312) 565-1400
Fax: (312) 565-6511
pgamboa@grsm.com